Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Theodora Wilson Orr, | No. CV16-2893-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF PENDING SETTLEMENT** |
| Zenco Collections LLC, *et al.*, | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement of this action. Upon finalization of the terms of the settlement, the parties will file the appropriate dismissal documents with the court which is expected to be done within 30 days.

/ / /

/ / /

1

2      RESPECTFULLY SUBMITTED:  October 7, 2016  .

3

4                                         s/ Floyd W. Bybee
                                          Floyd W. Bybee, #012651
5                                         **BYBEE LAW CENTER, PLC**
                                          90 S. Kyrene Rd., Ste. 5
6                                         Chandler, AZ 85226-4687
                                          Office: (480) 756-8822
7                                         Fax: (480) 302-4186
                                          floyd@bybeelaw.com
8
                                          Attorney for Plaintiff
9

10   Copy of the foregoing mailed
        September 13, 2016     to:
11
     Stephen G. McFayden
12   Zenco Collections LLC
     903 N. Bowser Ave #250
13   Richardson, TX 75081-2867
     Attorney for Defendant Zenco
14
     Federal Pacific Credit Company, LLC
15   c/o William R. Stratton
     140 W 2100 S #220
16   Salt Lake City, UT 84115

17   by   s/ Floyd W. Bybee

18

19

20

21

22

23

24

25

- 2 -