Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Theodora Wilson Orr,<br><br>Plaintiff,<br><br>v.<br><br>Zenco Collections LLC, *et al.*,<br><br>Defendants. | No. CV16-2893-PHX-SRB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2     RESPECTFULLY SUBMITTED:  November 1, 2016 .

3

4                                       s/ Floyd W. Bybee
Floyd W. Bybee, #012651
5                                     **BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
6                                     Chandler, AZ 85226-4687
Office: (480) 756-8822
7                                       Fax: (480) 302-4186
floyd@bybeelaw.com
8

                                      Attorney for Plaintiff
9

10 Copy of the foregoing mailed
   November 1, 2016  to:
11
Zenco Collections LLC
12 c/o Stephen G. McFayden
903 N. Bowser Ave #250
13 Richardson, TX 75081-2867
Defendant
14
Federal Pacific Credit Company, LLC
15 c/o William R. Stratton
140 W 2100 S #220
16 Salt Lake City, UT 84115
Defendant
17

18 by  Floyd W. Bybee 

19

20

21

22

23

24

25

- 2 -